United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                              :        Chapter 13
 BARBARA J.  CASO
                                    :

Debtor(s)                           :        Bky. No.  0431927


        CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW comes William C. Miller, Esquire, Chapter 13 standing trustee,
and requests that the above-captioned bankruptcy case be dismissed
for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely
payments to the trustee as required by 11 U.S.C. Section 1326.



     The hearing scheduled by the filing of this motion may be
adjourned from time to time without further notice to interested
parties, by announcement of such adjournment in Court on the date
scheduled for the hearing or continued hearing.

     WHEREFORE, William C. Miller, Esquire, Chapter 13 standing trustee,
respectfully requests that the Court, after a hearing, enter an Order in
the form annexed hereto, dismissing this bankruptcy case.

                         Respectfully submitted,

                         /S/  William C. Miller
                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee