UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :         Chapter 13

BARBARA J. CASO

            Debtor(s)          :         Bankruptcy No. 04-31927 DWS

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

     AND NOW, this            day of                         2006, at Philadelphia, upon consideration of the Chapter 13 Standing Trustee's Motion to Dismiss pursuant to 11 U.S.C. Sections 105, 349, and 1307 and any answer filed thereto, and after a hearing it is

     **ORDERED,** that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated ( if such has not been previously filed); and it is further

     **ORDERED,** that any wage orders are hereby VACATED; and it is further

     **ORDERED,** that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is WITH PREJUDICE, in accordance with the express terms of such CONSENT ORDER.

BY THE COURT

HON. DIANE WEISS SIGMUND
CHIEF U.S. BANKRUPTCY JUDGE

4/24/06

cc:

**Debtor(s) Counsel
JONATHAN H. STANWOOD**
P.O. Box 1991
Philadelphia, PA 19105

**Barbara J. Caso**
325 North Oak Avenue
Clifton Heights, PA 19018

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107